UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 16-5768-MWF(SKx)**  Dated: **October 25, 2016**

Title:    Hilary Davies -v- Lendingclub Corporation

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

In light of the Notice of Settlement filed October 25, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 19, 2016, at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                           Initials of Deputy Clerk   cw
CIVIL - GEN