Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 800
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 869-2208
Attorneys for Plaintiff,
HILARY DAVIES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HILARY DAVIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LENDINGCLUB CORPORATION,<br><br>　　　　Defendant. | Case No.: 2:16-cv-5768<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FRCP 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff HILARY DAVIES, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*.  Defendant Lendingclub Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

Date: November 16, 2016　　　　　　　　**WESTGATE LAW**

　　　　　　　　　　　　　　　　　　　By:*/s/ Matthew A. Rosenthal*
　　　　　　　　　　　　　　　　　　　　　Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff